UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2012 FEB 27  A 11: 11
U.S. DISTRICT COURT
NEW HAVEN, CT

| Luann Ruggeri, Ricardo Jaramillo, and Prakash Naik on behalf of themselves and others similarly situated, *Plaintiffs*, <br><br> v. <br><br> Boehringer Ingelheim Pharmaceuticals, Inc., *Defendant*. | Civil No. 3:06cv1985 (JBA) <br><br><br><br><br> February 22, 2012 |
|---|---|

### ORDER ON DEFENDANT'S EMERGENCY MOTION TO STAY

Defendant Boehringer Ingelheim Pharmaceuticals, Inc. moves [Doc. # 297] to stay the proceedings in this case pending the outcome of the United States Supreme Court's decision in *Christopher v. SmithKline Beecham Corp.*, 635 F.3d 383 (9th Cir.), *cert. granted* 132 S. Ct. 760 (2011). Plaintiffs oppose the motion to stay, arguing that this Court has already decided the issue before the Supreme Court in *Christopher*, whether pharmaceutical sales representatives are exempt under the outside sales exemption, and ruled that the exemption does not apply to Plaintiffs. Although the Court previously ruled that the outside sales exemption does not apply to pharmaceutical sales representatives in this case, a ruling by the Supreme Court that this exemption does apply to pharmaceutical sales representatives would conclude this case. It is therefore in the interests of justice to stay this case pending the Supreme Court's decision in *Christopher*. If the Supreme Court holds that the outside sales exemption does not apply to pharmaceutical sales representatives, the parties' briefing on the administrative exemption will be taken under advisement and this case will move forward with dispatch.

This case will be stayed and administratively closed pending disposition of *Christopher v. SmithKline Beecham Corp.* The matter will be restored to the active docket on motion by either party filed within 30 days following the Supreme Court's ruling.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 22d day of February, 2012.